UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LEE CALLEGARI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. CLARK, ET AL.,<br><br>　　　　Defendants. | No.  2:12-cv-2418 AC P<br><br><br>ORDER |

　　　　A recent court order was served on plaintiff's address of record and returned by the postal service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the court of a current address.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.  See Local Rule 183(b).

DATED: June 27, 2013

　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/mb;call2418.33a

1